# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARK PAUL: KLEEMAN, IN ESSE AND SUI JURIS, CLAIMANT IN LAW, | :   No. 155 MM 2018 |
|       Petitioner | : |
|       v. | : |
| ERIC M. SCHRANTZ, IN HIS OFFICIAL AND PRIVATE CAPACITY AND THE COMMONWEALTH OF PENNSYLVANIA, T/D/B/A DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER'S LICENSING, | : |
|       Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Mandamus in the Nature of Equity" is DENIED.

    The Prothonotary is DIRECTED to strike the name of the jurist from the caption.